UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| HUANPING ZHANG,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | No. 5:26-cv-04016-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is DENIED (a) with prejudice as to Count II and Count I as it relates to Petitioner's re-detention; and (b) without prejudice as to Petitioner's challenge to the Immigration Judge's March 24, 2026 bond decision in Count I.

Dated: August 3, 2026

JOHN D. EARLY
United States Magistrate Judge